IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARFIELD H. WRIGHT,**<br>　　　　Petitioner,<br><br>　　v.<br><br>**WILLIAM STICKMAN, et al.,**<br>　　　　Respondent. | **CIVIL ACTION**<br>**No. 02-5024** |

**O R D E R**

AND NOW, this 6th Day of August, 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**MARVIN KATZ, S.J.**