IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARFIELD H. WRIGHT,<br>    Petitioner,<br><br>v.<br><br>WILLIAM STICKMAN, et al.,<br>    Respondent. | CIVIL ACTION<br>No. 02-5024 |

**O R D E R**

AND NOW, this 6th Day of August, 2002, in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1 and 28 U.S.C. §636(b)(1)(B), it is hereby

**ORDERED** that the above-captioned case is referred to the Honorable ARNOLD C. RAPOPORT, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**