IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARFIELD H. WRIGHT, | : CIVIL ACTION |
|     Petitioner, | : |
| v. | : No. 02-5024 |
| WILLIAM STICKMAN, et al., | : |
|     Respondent. | : |

**ORDER**

AND NOW, this _____ day of August, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

The District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE