IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARFIELD H. WRIGHT, | : | CIVIL ACTION |
|     Petitioner, | : | |
| v. | : | No. 02-5024 |
| WILLIAM STICKMAN, et al., | : | |
|     Respondent. | : | |

## ORDER

AND NOW, this ___ day of September, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #8), it is hereby ORDERED that the Motion is GRANTED.  Respondents' time for filing a response to the petition for writ of habeas corpus is extended to November 3, 2002.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE