IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARFIELD H. WRIGHT,<br>        Petitioner, | CIVIL ACTION |
| v. | No. 02-5024 |
| WILLIAM STICKMAN, et al.,<br>        Respondent. | |

**ORDER**

AND NOW, this        day of October, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #10), it is hereby ORDERED that the Motion is GRANTED. Respondents' time for filing a response to the petition for writ of habeas corpus is extended to December 3, 2002.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE