**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____    :
GARFIELD H. WRIGHT,                     :    CIVIL ACTION
            Petitioner,                 :
                                        :
        v.                              :    No. 02-5024
                                        :
WILLIAM STICKMAN, et al.,               :
            Respondent.                 :
_____    :
```

## ORDER

      AND NOW, this      day of November, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #12), it is hereby ORDERED that the Motion is GRANTED. Respondents' time for filing a response to the petition for writ of habeas corpus is extended to January 2, 2003. **THERE WILL BE NO FURTHER EXTENSIONS!**

BY THE COURT:


_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE