IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Garfield Wright

                                                      02-CV-5024
                                                      District Court Docket Number

        vs.

William Stickman, et al

Notice of Appeal Filed <u>3/24/03</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
      Notice of Appeal __Paid <u>XX</u> Not Paid   __Seaman
      Docket Fee        __Paid <u>XX</u> Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

<u> X </u>Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                             Defendant's Address (for criminal appeals)

                                                    Prepared by :_____
                                                            Fernando Benitez, Jr.
                                                          Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm