IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARFIELD H. WRIGHT,**<br>    Petitioner,<br><br>    v.<br><br>**WILLIAM STICKMAN, et al.,**<br>    Respondent. | CIVIL ACTION<br>No. 02-5024 |

**O R D E R**

**AND NOW,** this 27th day of March, 2003, it is **ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis (doc. 20) is **DENIED** as moot.  See the court's order of August 6, 2002.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**